EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON  #4532
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00329 HG |
| | ) | |
| | ) | APPLICATION AND ORDER FOR |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| ANTHONY AJIMINE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That defendant, ANTHONY AJIMINE, who was remanded to the custody of the State of Hawaii, Department of Public Safety, Corrections Division, is now detained in the Tallahatchie County Correctional Facility, 295 U.S. Highway 49 South, Tutwiler, Mississippi, in the custody of the Warden thereof.  That an Order to Show Cause hearing in the above-entitled case is set for September 18, 2006 at 2:00 p.m., and that it is necessary to have said defendant, ANTHONY AJIMINE, present in the courtroom of the

Honorable Helen Gillmor, Chief United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the State of Hawaii, Department of Public Safety, Corrections Division and the Warden of the Tallahatchie County Correctional Facility, to produce said defendant to the United States Marshal's Service in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to the State of Hawaii, Department of Public Safety, Corrections Division and the Warden of the Tallahatchie County Correctional Facility, to have and produce the above-named defendant to the United States Marshal's Service, in order to procure defendant's presence before the Honorable Helen Gillmor in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal's Service shall retain custody of defendant and at the termination of the criminal charges now pending against defendant return him to the State of Hawaii, Department of Public Safety, Corrections Division and the

Warden of the Tallahatchie County Correctional Facility, 295 U.S. Highway 49 South, Tutwiler, Mississippi.

      DATED:  July 21, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii

                                  By  /s/ Ronald G. Johnson
                                      RONALD G. JOHNSON
                                      Assistant U.S. Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

<u>O R D E R</u>

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as prayed for herein;

DATED:  Honolulu, Hawaii, July 24, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

<u>United States v. Anthony Ajimine</u>
Cr. No. 00-0329 HG
Application and Order for Writ of
Habeas Corpus Ad Prosequendum