EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 5 2006

at 4 o'clock and 30 min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00329 HG |
|---|---|---|
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| ANTHONY AJIMINE, | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: Hawaii State Department of Public Safety,
Corrections Division, 919 Ala Moana Boulevard
Honolulu, Hawaii 96814

The Warden, Tallahatchie County Correctional Facility,
295 U.S. Highway 49 South, Tutwiler, Mississippi
Tel: (662) 345-6567;

United States Marshal for the District of Hawaii, or his
assistant.

G R E E T I N G S

We command that you, the State of Hawaii, Department of Public Safety, Corrections Division and the Warden of the Tallahatchie County Correctional Facility, Tutwiler, Mississippi,

produce **forthwith**, the body of ANTHONY AJIMINE, now in your custody to the United States Marshal's Service, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal's Service upon taking custody of said defendant produce said defendant before the Honorable Helen Gillmor, Chief United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on 18th day of September, 2006 at the hour of 2:00 p.m. for an Order to Show Cause hearing of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said ANTHONY AJIMINE shall remain with the United States Marshal's Service. The delivery of the body of said ANTHONY AJIMINE by the United States Marshal's Service to the courtroom of the Honorable Helen Gillmor as aforesaid until termination of the criminal charges now pending against defendant and the return by the United States Marshal's Service of said ANTHONY AJIMINE to the custody of the State of Hawaii, Department of Public Safety, Corrections Division and the Tallahatchie County Correctional Facility, shall be deemed sufficient compliance with this Writ.

WITNESS the Honorable **KEVIN S.C. CHANG**, Magistrate of the United States District Court for the District of Hawaii.

DATED: July 25, 2006, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

_____
DEPUTY CLERK


United States v. Anthony Ajimine
Cr. No. 00-00329 HG
"Writ of Habeas Corpus Ad Prosequendum"