# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

September 18, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 00-00329HG |
| CASE NAME: | UNITED STATES OF AMERICA v. (04) ANTHONY M. AJIMINE, aka "Angel" |
| ATTYS FOR PLA: | Ronald G. Johnson |
| ATTYS FOR DEFT: | Pamela E. Tamashiro |
| U.S.P.O.: | J. Martin Romualdez |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 18, 2006 | TIME: | 2:00 - 2:20 |

COURT ACTION:    ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.

The defendant admitted to Violations Nos. 1, 2, 3, 4, and 5.

The Court finds that this is a Grade C violation, Criminal History Category I.

Allocution by Ms. Tamashiro on behalf of the defendant.

Supervised Release is revoked.

ADJUDGED: Impr of ten (10) months, to be served concurrently with the defendant's imprisonment term under Criminal No. 01-1-2371, State of Hawaii, Circuit Court of the First Circuit.

No supervised release imposed.

Advised of rights to appeal the sentences, etc.

Submitted by: Mary Rose Feria, Courtroom Manager