AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

ORIGINAL

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII

SEP 19 2006

_____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR-00-00329HG-04 |
| Anthony M Ajimine, aka "Angel" | |

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST Anthony M Ajimine, aka "Angel" and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not Be Revoked

in violation of Title  United States Code, Section(s) .

U.S. MARSHALS SERVICE HONOLULU, HI
2005 NOV 23 AM 8:04
RECEIVED

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Alison Cheney | November 22, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NONE        By: Helen Gillmor, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HI.

| Date Received | 11-23-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 09-18-06 | RUSSELL NAKASATO DUSM | /s/ |