AO 245D   (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2006

at 3 o'clock and 30 min __ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ANTHONY M. AJIMINE, aka "Angel"**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>Criminal Number: **1:00CR00329HG-04**<br>USM Number: 87742-022<br>**Pamela E. Tamashiro**<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of General Condition, Standard Conditions 6 & 7, Special Condition 1, Title 18 U.S.C. § 3583(g)(3) and Hawaii Revised Statues § 711-1106 of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No. 5833

Defendant's Residence Address:
**Honolulu, Hawaii 96814**

Defendant's Mailing Address:
**Honolulu, Hawaii 96814**

September 18, 2006
Date of Imposition of Sentence

/s/ Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

9·27·06
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:00CR00329HG-04      Judgment - Page 2 of 3
DEFENDANT: ANTHONY M. AJIMINE, aka "Angel"

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The subject refused to comply with drug testing on 9/09/2005, 11/09/2005, and 11/17/2005, in violation of Title 18 U.S.C. § 3583(g)(3). | |
| 2 | The subject failed to attend substance abuse counseling at Drug Addiction Services of Hawaii (DASH), on 8/08/2005. | |
| 3 | The subject's urine specimen of 10/21/2005 tested positive for methamphetamine. | |
| 4 | On 11/01/2005, the subject was convicted of Harassment, in violation of Hawaii Revised Statutes § 711-1106. | |
| 5 | The subject failed to notify the Probation Officer ten days prior to any change in residence. | |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:00CR00329HG-04 | Judgment - Page 3 of 3 |
| DEFENDANT: | ANTHONY M. AJIMINE, aka "Angel" | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 MONTHS, to be served concurrently with the defendant's imprisonment term under Criminal No. 01-1-2371, State of Hawaii, Circuit Court of the First Circuit.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before __ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
      Deputy U.S. Marshal